Kabba, Abu B. v. State of Maryland—Pet. Docket No. 123 *—denied. Opinion of the Court of Special Appeals unreported (No. 1960, Sept. Term, 2014).

Kiknadze v. Sonneman—Pet. Docket No. 167 *—denied. Opinion of the Court of Special Appeals unreported (No. 1490, Sept. Term, 2014).

Knuckles, Cameron v. State of Maryland—Pet. Docket No. 176 *— dismissed. Application for leave to appeal denied by the Court of Special Appeals (No. 1552, Sept. Term, 2015).

Mallette v. Moorer—Pet. Docket No. 148 *—denied. Opinion of the Court of Special Appeals unreported (No. 2083, Sept. Term, 2014).

McDonnell, Karen Anita v. State of Maryland—Pet. Docket No. 185 * —denied. (No. 12–K–15–001812, Circuit Court for Harford County.)

McDonnell, Naomi Yvonne v. State of Maryland—Pet. Docket No. 184 *—denied. (No. 12–K–15–001813, Circuit Court for Harford County.)

Mua and Vandenplas v. California Cas. Indem. Exchange—Pet. Docket No. 177 *—dismissed. (No. 9124D, Circuit Court for Montgomery County.)

Nivens, Stephen v. State of Maryland—Pet. Docket No. 117 *—denied. Dismissed by the Court of Special Appeals (No. 1874, Sept. Term, 2015).

Ortuno, Romer Rolando v. State of Maryland—Pet. Docket No. 181 *— denied. Opinion of the Court of Special Appeals unreported (No. 706, Sept. Term, 2015).

Reid, Nelson v. State of Maryland—Pet. Docket No. 164 *—denied. Opinion of the Court of Special Appeals unreported (No. 2164, Sept. Term, 2014).

Riley, Johnnie Armstead v. State of Maryland—Pet. Docket No. 154 * —dismissed. Reported below: 227 Md.App. 249, 133 A.3d 1219.

Robinson, Henry, III v. State of Maryland—Pet. Docket No. 146 *— dismissed. Dismissed by the Court of Special Appeals (No. 1555, Sept. Term, 2015).

Scott, Michael T. v. State of Maryland—Pet. Docket No. 165 *—denied. Application for leave to appeal denied by the Court of Special Appeals (No. 1379, Sept. Term, 2015).

Senez v. Carney—Pet. Docket No. 143 *—denied. Opinion of the Court of Special Appeals unreported (No. 223, Sept. Term, 2013).

Shim, Fabian v. State of Maryland—Pet. Docket No. 135 *—denied. Opinion of the Court of Special Appeals unreported (No. 940, Sept. Term, 2013).

Sibley v. Doe—Pet. Docket No. 147 *—denied. Reported below: 227 Md.App. 645, 135 A.3d 883.

### 141 A.3d 137

Starve, Jay Merrill v. State of Maryland—Pet. Docket No. 120 *— denied. (No. 22–K–15–000691, Circuit Court for Wicomico County.)

Stone v. Cheverly Police Dept.—Pet. Docket No. 151 *—denied. Reported below: 227 Md.App. 421, 134 A.3d 365.

Walker, Jamal Jerome v. State of Maryland—Pet. Docket No. 116 *— dismissed. Opinion of the Court of Special Appeals unreported (No. 121, Sept. Term, 2014).